441 A.2d 765

Commonwealth v. Egelsky, Appellant.

Argued March 18, 1981. Raymond Bogarty, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTEMURO, JJ.

Judgment of sentence affirmed.

443 A.2d 367

Commonwealth v. Frost, Appellant.

Reargument Denied April 13, 1982.

Argued April 16, 1980. Bernard S. Shire, for appellant; Benjamin L. Costello, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order affirmed.